**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
JUDICIAL WATCH, INC.,                )
                                                    )
        Plaintiff,                              )
                                                    )
            v.                                     )        Civil Action No. 11-0002
                                                    )                 (RBW)
DEPARTMENT OF HEALTH AND )
HUMAN SERVICES,                      )
                                                    )
        Defendant.                          )
_____)

## STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiff, Judicial Watch, Inc., and Defendant, U.S. Department of Health and Human Services, hereby settle and compromise the above entitled lawsuit brought under the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA") on the following terms:

1. Plaintiff agrees to dismiss this suit with prejudice.

2. Defendant shall pay $500.00 (five hundred dollars) in attorneys' fees and costs to Plaintiff. Payment of this money will be made by check promptly after notification of the Court's entry of this Stipulation and after receipt of necessary information from counsel for Plaintiff in order to effectuate the payment.

3. This Stipulation of Settlement constitutes the full and complete satisfaction of any and all claims arising from (a) the allegations set forth in the complaint filed in this lawsuit and (b) any litigation or administrative proceeding that Plaintiff has brought, could bring, or could have brought regarding Plaintiff's FOIA request in this case.

4. This Stipulation of Settlement does not constitute an admission of liability or fault on the part of Defendant, the United States, its agents, servants, or employees, and is entered into

by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

5. This Stipulation of Settlement is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

6. The Court retains jurisdiction over enforcement of any other provisions of this Stipulation of Settlement.

7. Execution and filing of this Stipulation of Settlement by counsel for Plaintiff and by counsel for Defendant constitutes a dismissal of this lawsuit, with prejudice, effective upon entry by the Court, pursuant to Rule 41(a)(1)(A)(ii). Any and all remaining issues are waived.

Dated: June 20, 2011.

| | |
|---|---|
| /s/ | RONALD C. MACHEN JR. D.C. Bar #447889 |
| David Rothstein, Esq. | United States Attorney |
| JUDICIAL WATCH, INC. | |
| 425 Third Street, S.W. | RUDOLPH CONTRERAS, D.C. Bar #434122 |
| Washington, D.C. 20024 | Chief, Civil Division |
| (202) 646-5172 | |
| | By:   /s/ |
| Counsel for Plaintiff | CHRISTIAN NATIELLO, D.C. Bar #470963 |
| | Assistant United States Attorney |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | Tel: (202)307-0338 |
| | |
| | Counsel for Defendant |